ACCEPTED
14-14-00858-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 2:16:19 PM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00858-CV

IN THE FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 2:16:19 PM
CHRISTOPHER A. PRINE
Clerk

_____

PHILLIPS DEVELOPMENT & REALTY, LLC.,

Appellant,

vs.

LJA ENGINERING, INC.,

Appellees.

Appeal from 127th Judicial District Court
Harris County, Texas
Case No. 2013-67390

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEES' BRIEF

TO THE HONORABLE JUSTICES OF THE COURT:

LJA ENGINERING, INC., Appellee, files this Motion for Extension of Time to File Brief and would show unto the Court the following:

1.      Appellant is PHILLIPS DEVELOPMENT & REALTY, LLC. Appellee is LJA ENGINERING, INC.

2.      The court has the authority under Texas Rules of Appellate Procedure 38.6(d) to extend the time to file the brief.

1

3.      Appellee's brief is due on Wednesday, July 8, 2015.

4.      Appellee requests an additional sixty five (65) days to file its brief, extending the time to Tuesday, September 11, 2015.

5.      No prior extension has been granted to extend the time to file Appellee's brief.

6.      Appellee needs additional time to file its brief because counsel for Appellee has been out of town and had family vacation scheduled and has several trial settings for the month of August, prohibiting counsel for Appellee to complete and finalize the brief.

7.      For these reasons, Appellee asks the Court to grant an extension of time to file its brief until Friday, September 11, 2015.

Dated: July 8, 2015.

Respectfully submitted,

TED A. COX, P.C.

/s/ *Ted A. Cox*
TED A. COX, SBN: 04956480
ted@tedacox.com
1225 W. 34th Street
Houston, Texas 77018
(713) 956-9400 Office
(713) 956-8485 Telefax
ATTORNEY FOR APPELLEE,
LJA ENGINERING, INC.

2

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with Sean M. Reagan, counsel for Appeallant, who indicated that this motion is unopposed.

/s/ *Ted A. Cox*
TED A. COX

## CERTIFICATE OF SERVICE

I certify that, on the 8th day of July, 2015, I served a copy of this Motion on the following:

Sean M. Reagan
Leyh, Payne & Mallia, PLLC
9545 Katy Freeway, Suite 200
Houston, Texas   77024
Email:  sreagan@lpmfirm.com
Counsel for PHILLIPS DEVELOPMENT & REALTY, LLC., Appellant

/s/ *Ted A. Cox*
TED A. COX